FILED

04/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0125

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0125

BOB BROWN, DOROTHY BRADLEY,
MAE NAN ELLINGSON, VERNON FINLEY,
and MONTANA LEAGUE OF WOMEN
VOTERS,

Petitioners,

v.

GREG GIANFORTE, Governor of the State of
Montana,

Respondent.

FILED

APR 1 4 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

The Montana State Legislature has filed a motion wherein it "respectfully requests leave of the Court to intervene as a Respondent in this matter." The motion states the Legislature seeks intervention because "it is specifically vested with the constitutional authority to determine the process by which nominees are selected for gubernatorial appointment to fill judicial vacancies, it has an interest in defending the constitutionality of the laws it enacts, and the Montana State Senate has a constitutional role in confirming judicial appointments."

Intervention in a proceeding pending before this Court is a discretionary determination. M. R. App. P. 2(1)(f) (defining "Intervenor" as one "who, on motion, is granted leave to enter a proceeding before this court, despite not being named originally as a party"). The Legislature indicates that it will submit its summary response to the Petition by the previously ordered deadline of April 14, 2021. As required by M. R. App. P 16(1), the Legislature states it has contacted opposing counsel to determine whether opposing counsel objects to the motion. The Legislature states it has obtained opposing counsel's

consent to the motion upon the Legislature's commitment "to abide by and comply with all orders of the Court."

Upon these assertions by the Legislature, the Court concludes it can properly intervene into this matter and that leave should be granted. Therefore,

IT IS ORDERED that the motion to intervene by the Montana State Legislature is granted. The Intervenor shall file its response by April 14, 2021.

The Clerk is directed to provide copies of this Order to all counsel of record in this matter.

DATED this 14th day of April, 2021.

_____

_____

_____

_____

_____

_____
Justices